## George LEVITAN v. STATE.
### No. 15882.

Court of Criminal Appeals of Texas.
March 8, 1933.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**1118**

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without a statement of facts or bill of exception. The indictment, the charge of the court, the judgment, and sentence being regular, the judgment will be affirmed.